**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**

        **Plaintiff,**

v.                                            **Civil Action No.: 2:24-cv-00218**
                                                    **Judge: Irene C. Berger**

**U.S. SPECIALTY INSURANCE COMPANY;**
**WEST VIRGINIA SECONDARY SCHOOLS**
**ACTIVITIES COMMISSION; BERNIE DOLAN;**
**RENEE REED, on behalf of the**
**ESTATE OF GREGORY B. REED;**
**WAYNE RYAN; CINDY DANIEL; and**
**HEATHER ENOCH,**

        **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL OF MATTER WITH PREJUDICE

**NOW COMES** Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), by counsel, Perry W. Oxley, J. Jarrod Jordan, Zachary T. Ramey, and the law firm of Oxley Rich Sammons, PLLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby gives notice that this matter is voluntarily **dismissed, with prejudice.**

Specifically, Defendants have not served any Answer(s) or Motion(s) for Summary Judgment in this matter. Accordingly, Plaintiff National Union notices the voluntary dismissal of this matter, **with prejudice**.

**RESPECTFULLY SUBMITTED**, this the 6th Day of June 2024.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**By counsel,**

**/s/ Perry W. Oxley**
Perry W. Oxley (WVSB #7211)
J. Jarrod Jordan (WVSB #10622)
Zachary T. Ramey (WVSB #14382)
OXLEY RICH SAMMONS, PLLC
517 9th Street, Suite 1000
Huntington WV 25701
304-522-1138
poxley@oxleylawwv.com
jjordan@oxleylawwv.com
zramey@oxleylawwv.com
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**NATIONAL UNION FIRE INSURANCE**
**COMPANY OF PITTSBURGH, PA**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 2:24-cv-00218
　　　　　　　　　　　　　　　　　　　　　　　　Judge: Irene C. Berger

**U.S. SPECIALTY INSURANCE COMPANY;**
**WEST VIRGINIA SECONDARY SCHOOLS**
**ACTIVITIES COMMISSION; BERNIE DOLAN;**
**RENEE REED, on behalf of the**
**ESTATE OF GREGORY B. REED;**
**WAYNE RYAN; CINDY DANIEL; and**
**HEATHER ENOCH,**

      **Defendants.**

## CERTIFICATE OF SERVICE

    I, the undersigned counsel for the Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, confirm that I served the foregoing **" NOTICE OF VOLUNTARY DISMISSAL OF MATTER WITH PREJUDICE"** via E-mail and by depositing a true copy of the same in the United States mail, postage prepaid on this **6th day of June 2024**, upon the following counsel:

| | |
|---|---|
| Nena Mashaw | Steve Gandee |
| Werner Ahari Mangel LLP | Robinson & McElwee PLLC |
| 2112 Pennsylvania Avenue NW | 140 West Main Street |
| Suite 200 | Suite 300 |
| Washington, DC 20037 | Clarksburg, WV 26301 |
| (202) 599-1030 | (304) 326-5313 |

                                        **/s/ Perry W. Oxley**
                                        Perry W. Oxley (WVSB #7211)
                                        J. Jarrod Jordan (WVSB #10622)
                                        Zachary T. Ramey (WVSB #14382)